# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR ENCISO,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>DR. MOON, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:12-cv-00924-SKO PC<br><br>ORDER DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF COPY OF RESPONSE, REQUIRING PLAINTIFF TO FILE SIGNED RESPONSE WITHIN THIRTY DAYS, AND STRIKING UNSIGNED RESPONSE<br><br>(Doc. 8) |

　　　　Plaintiff Cesar Enciso, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 7, 2012. On March 7, 2013, the Court screened Plaintiff's complaint and ordered him to either file an amended complaint or notify the Court of his willingness to proceed only on his cognizable claims. On March 28, 2013, Plaintiff filed a response stating his willingness to proceed only on the claims found to be cognizable in the screening order. However, Plaintiff neglected to sign the response and the Court cannot consider unsigned filings. Fed. R. Civ. P. 11(a); Local Rule 131.

　　　　Accordingly, it is HEREBY ORDERED that:

　　　　1.　The Clerk's Office shall send Plaintiff a copy of the unsigned response;

　　　　2.　Within **thirty (30) days** from the date of service of this order, Plaintiff shall file a signed response; and

　　　　3.　The unsigned response, filed on March 28, 2013, is stricken from the record.

IT IS SO ORDERED.

**Dated:　March 29, 2013**　　　　　　　　　　**/s/ Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE