# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR ENCISO,<br><br>    Plaintiff,<br><br>    v.<br><br>DR. MOON, et al.,<br><br>    Defendants.<br>_____/ | Case No. 1:12-cv-00924-LJO-SKO (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST FOR MODIFICATION OF THE SCHEDULING ORDER AND GRANTING DEFENDANTS THIRTY DAYS WITHIN WHICH TO FILE A MOTION TO DISMISS FOR FAILURE TO EXHAUST<br><br>(Doc. 30) |

    Plaintiff Cesar Enciso, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 7, 2012. This action is proceeding against Defendants Moon, Alcantar, [1] Silva, Doe 1, and Doe 3 for violation of the Eighth Amendment of the United States Constitution and for negligence under California law. Plaintiff's claims arise out of the denial of adequate medical treatment in 2010 and 2011 at North Kern State Prison in Delano, California.

    On December 23, 2013, Defendants Moon, Alcantar, and Silva filed a motion seeking to modify the scheduling order to allow them thirty days within which to file a motion to dismiss for failure to exhaust. 42 U.S.C. § 1997e(a); Fed. R. Civ. P. 12(b). Plaintiff did not oppose the motion. Local Rule 230(*l*).

///

---

[1] Identified in the complaint as Alcator.

The Court has considered Defendants' request.  Given the lack of opposition and in interest of justice and the conservation of governmental resources, Defendants' motion to modify the scheduling order is GRANTED, and Defendants have **thirty (30) days** from the date of service of this order within which to file a motion to dismiss for failure to exhaust the available administrative remedies.  Fed. R. Civ. P. 16(b)(4).

IT IS SO ORDERED.

Dated:  **January 31, 2014**         /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE