# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR ENCISO,<br><br>    Plaintiff,<br><br>    v.<br><br>DR. MOON, et al.,<br><br>    Defendants. | Case No. 1:12-cv-00924-LJO-SKO (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR A THIRTY-DAY EXTENSION OF TIME TO FILE AN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS<br><br>(Doc. 34) |

Plaintiff Cesar Enciso, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 7, 2012. This action is proceeding against Defendants Moon, Alcantar,[1] Silva, Doe 1, and Doe 3 for violation of the Eighth Amendment of the United States Constitution and for negligence under California law. Plaintiff's claims arise of the denial of adequate medical treatment at North Kern State Prison in Delano, California.

On February 12, 2014, Plaintiff filed a motion seeking a thirty-day extension of time to file an opposition to Defendants' anticipated motion to dismiss, once filed.[2] Defendants filed their motion to dismiss on February 28, 2014.

---

[1] Identified in the complaint as Alcator.

[2] Pursuant to Local Rule 230(l), the parties have twenty-one days to file oppositions or statements of non-opposition to motions, and Federal Rule of Civil Procedure 6(d) provides three additional days for mailing. Regarding Plaintiff's statement that the Court did not notify him of the timeframe within which to respond to Defendants' motion to modify the scheduling order, Plaintiff is responsible for prosecuting his case, including responding to motions. *Pliler v. Ford*, 5452 U.S. 225, 231, 124 S.Ct. 2441, 2446 (2004). The Court does not issue orders directing responses as a matter of course.

Accordingly, Plaintiff's motion is HEREBY GRANTED and he shall file his opposition within **thirty (30) days** from the date of service of this order.

IT IS SO ORDERED.

Dated:   **March 3, 2014**                                   **/s/ Sheila K. Oberto**
                                                         UNITED STATES MAGISTRATE JUDGE

2